IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS LAUGHNER, ) | |
| ) | |
| Plaintiff, ) | 4:06cv3283 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| JOHN ZAVADIL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 17, the Motion to Withdraw and Stop Service, in which the plaintiff, Thomas Laughner, moves for a voluntary dismissal of the above-entitled case, without prejudice, and asks that the U.S. Marshal cease any efforts to serve process on the defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the motion is granted. Judgment will be entered accordingly. The Clerk of Court shall deliver a copy of this Memorandum and Order and the accompanying Judgment to the U.S. Marshal as notice that the defendants do not need to be served with process in this case.

SO ORDERED.

DATED this 19th day of March, 2007.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge